```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JENNIFER GALE FOSTER,              )
                                   )  Civil Action
          Plaintiff                )  No.  2013-cv-02381
                                   )
     vs.                           )
                                   )
CAROLYN W. COLVIN,                 )
Acting Commissioner of             )
Social Security,                   )
                                   )
          Defendant                )
                                   )
SOCIAL SECURITY ADMINISTRATION     )
                                   )
          Interested Party         )
```

O R D E R

NOW, this 24th day of February, 2015, upon consideration of the following documents:

    (1)  Decision of Administrative Law Judge Nancy Lisewski dated March 14, 2012;

    (2)  Complaint filed May 8, 2013;

    (3)  Answer filed July 9, 2013;

    (4)  Plaintiff's Brief and Statement of Issues in Support of Request for Review, which brief and statement of issues was filed September 11, 2013;

    (5)  Defendant's Response to Request for Review of Plaintiff, which response was filed November 14, 2013;

    (6)  Plaintiff's Reply Brief filed December 3, 2013; and

    (7)  Report and Recommendation of United States Magistrate Judge Timothy R. Rice dated and filed November 14, 2014;

after a thorough review of the record in this matter; it appearing that neither party filed objections to Magistrate Judge Rice's Report and Recommendation; it further appearing that Magistrate Judge Rice's Report and Recommendation correctly determined the legal and factual issues presented in this case,

<u>IT IS ORDERED</u> that Magistrate Judge Rice's Report and Recommendation is approved and adopted.

<u>IT IS FURTHER ORDERED</u> that plaintiff's request for review is granted.

<u>IT IS FURTHER ORDERED</u> that plaintiff's request for remand is granted.

<u>IT IS FURTHER ORDERED</u> that judgment is entered in favor of plaintiff Jennifer Gale Foster, and against defendant Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

<u>IT IS FURTHER ORDERED</u> that the decision of the Commissioner dated March 14, 2012 and affirmed by the Appeals Council on March 29, 2013 which denied benefits to plaintiff Jennifer Gale Foster is reversed.

<u>IT IS FURTHER ORDERED</u> that pursuant to sentence four of 42 U.S.C. § 405(g) this matter is remanded to the Commissioner for further proceedings in accordance with Magistrate Judge Rice's Report and Recommendation.

IT IS FURTHER ORDERED that the Clerk of Court shall close this case for statistical purposes.

                                      BY THE COURT:

                                      /s/ JAMES KNOLL GARDNER
                                      James Knoll Gardner
                                      United States District Judge